IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF

THE SEIZURE OF ALL MONIES
IN WELLS FARGO BANK ACCOUNTS
DESCRIBED IN ATTACHMENT A

CASE NO. 13-838 WC

(UNDER SEAL)

FILED ___ ENT__
LOGGED ___ ___

MAY -3 2013

AT GREE...
CLERK U.S. DISTRICT...
DISTRICT OF MARYLAND
BY_____ DEPUTY

*******

## GOVERNMENT'S MOTION TO SEAL

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Thomas P. Windom, Assistant United States Attorney for said District, hereby moves this Court sealing the application for seizure warrant and affidavit in support thereof in the above-captioned case.

**WHEREFORE**, it is respectfully requested that the Government's Motion to Seal be granted.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

_____
Thomas P. Windom
Assistant United States Attorney

It is so **ORDERED**, this 19th day of April, 2013.

_____
William Connelly
Chief United States Magistrate Judge